_____

| | |
|---|---|
| GINA BICKNELL, | Civil No. 07-3529 (JRT/RLE) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL** |
| DAKOTA GM, INC., | |
| Defendant. | |

_____

Craig Sieverding, Patricia Yoedicke and Philip Sieff, **ROBINS KAPLAN MILLER & CIRESI LLP,** 800 LaSalle Avenue, Suite 2800, Minneapolis, MN 55402, for plaintiff.

George Hottinger and Nicholas Jakobe, **ERSTAD & RIEMER, PA**, 8009 34th Avenue South, Suite 200, Minneapolis, MN 55425, for defendant.

Pursuant to the parties' stipulation of dismissal filed on November 19, 2009 [Docket No. 81],

**IT IS HEREBY ORDERED** that the above-entitled action be, and the same hereby is, **DISMISSED WITH PREJUDICE** and on its merits and without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: November 19, 2009
at Minneapolis, Minnesota.

                                                                  s/John R. Tunheim
                                                      JOHN R. TUNHEIM
                                             United States District Judge